■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL RAMIREZ, Appellant. [979 NYS2d 817]—Judgment of

resentence, Supreme Court, New York County (Michael J. Obus, J.), rendered June 14, 2012, resentencing defendant to an aggregate term of 22 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Acosta, J.P., Andrias, Saxe, Freedman and Feinman, JJ.